# UNITED STATES DISTRICT COURT
for the

_____ District of Minnesota_____

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 11-CR-0286 (PJS/FLN) |
| Joshua Anthony Munoz ) | USM No: 16057-041 |
| ) | |
| Date of Original Judgment: 4/19/12 ) | |
| Date of Previous Amended Judgment: ) | N/A (pro se) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X   the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

   X   DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   4/19/12   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   8/11/15                              s/Patrick J. Schiltz
                                                    *Judge's signature*

Effective Date: _____              PATRICK J. SCHILTZ, United States District Judge
*(if different from order date)*              *Printed name and title*